UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CR-20936-HUCK-MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS GUILLEN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 26], which was issued August 7, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Carlos Guillen, be found to have freely and voluntarily entered a plea of guilty to Count 2 of the Indictment. [D.E. 3]. Count 2 of the Indictment charges Guillen with conducting an unlicensed money transmitting business, in violation of Title 18, United States Code, Sections 1960(a) and (b)(1)(A)). Magistrate Judge McAliley recommends that Guillen's guilty plea be accepted, that Guillen be adjudicated guilty of the offense to which the plea of guilty has been entered, that a Pre-Sentence Investigation Report be ordered, and that a sentencing hearing be conducted for final disposition of this matter. Guillen and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 26] is adopted and approved in its entirety. Guillen's guilty plea is accepted, and Guillen is adjudged guilty of conducting an unlicensed money transmitting business, in violation of Title 18, United States Code, Sections 1960(a) and (b)(1)(A). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on Friday, October 13, 2017, at 9:00 A.M.

**DONE AND ORDERED** in Chambers in Miami, Florida this 21st day of August, 2017.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

<u>Copies Furnished To</u>:

All Counsel of Record